# United States District Court

**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **CDD TECHNOLOGIES, LLC** | § | |
| | § | |
| **v.** | § | **Cause No. 6:12-cv-985** |
| | § | CONSOLIDATED WITH 6:12CV996 |
| **ASUS COMPUTER INTERNATIONAL;** | § | |
| **et al.** | § | |

## ORDER OF DISMISSAL

In in consideration of the parties' Stipulation of Dismissal (Doc. No. 66) of all claims asserted between Plaintiff CDD Technologies, LLC and Defendants ASUS Computer International, MSI Computer Corp., Toshiba America Information Systems, Inc., ViewSonic Corporation and Vizio, Inc. (collectively, "Defendants"), it is hereby **ORDERED, ADJUDGED, and DECREED** that all claims between Plaintiff and Defendants are hereby dismissed pursuant to the terms of the Stipulation of Dismissal (Doc. No. 66).

Each party is to bear its own costs, fees, and expenses.

**It is SO ORDERED.**

**SIGNED this 30th day of September, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE